**Malcolm L. PINES, Appellant,**

v.

**Samuel ZEMURRAY et al., Appellees.**

**No. 23194.**

United States Court of Appeals
Fifth Circuit.

Aug. 16, 1968.

Before JONES and GODBOLD, Circuit Judges, and SCOTT, District Judge.

PER CURIAM:

The Petition for Rehearing is denied, and no member of this panel nor judge in regular active service on the Court having requested that the Court be polled on rehearing en banc (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

**J. Howard ARNOLD, Appellant,**

v.

**Frances K. ARNOLD, Appellee.**

**No. 21853.**

United States Court of Appeals
Ninth Circuit.

Aug. 5, 1968.

Rehearing Denied Sept. 9, 1968.

J. Howard Arnold (argued), Berkeley, Cal., for appellant.

* Roger D. Foley, District of Nevada, sitting by designation.

Clarence DeLancey (sub), Oakland, Cal., for appellee.

Before JERTBERG and DUNIWAY, Circuit Judges, and FOLEY, District Judge*.

PER CURIAM:

We have examined appellant's assignments of error and find no merit in them. Twice before, this court has affirmed the district court's denial of the appellant's petitions to review the Order of the Referee in Bankruptcy. See Arnold v. Arnold, 9 Cir., 1964, 326 F.2d 960, and Arnold v. Arnold, 9 Cir., 1966, 356 F.2d 873.

We affirm.